IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Laurie L. Dennis, | ) | Case No. 19-20714 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Laurie L. Dennis, | ) | Related to Document No. 15 |
| Social Security No. XXX-XX- 0890 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| UPMC Physician Operations & Prof and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 5, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee               Laurie L. Dennis
Suite 3250 – US Steel Tower               10091 Bristol Court
600 Grant Street                          Wexford, PA 15090
Pittsburgh, PA 15219

UPMC Physician Operations & Prof
Attn: Payroll Department
300 Forbes Ave.
Pittsburgh, PA 15213

Date of Service:      March 5, 2019      /s/ Kenneth M. Steidl
                                         Kenneth Steidl, Esquire
                                         STEIDL & STEINBERG
                                         28th Floor, Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         PA I.D. 34965