IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Laurie L. Dennis, | ) | Case No. 19-20714 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Laurie L. Dennis, | ) | Related to Document No. 33 |
| Social Security No. XXX-XX- 0890 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Allegheny Health Network | ) | |
| c/o Highmark Health HR Services | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 19, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Laurie L. Dennis
10091 Bristol Court
Wexford, PA 15090

Allegheny Health Network
c/o Highmark Health HR Services
Attn: Payroll Department
120 Fifth Ave, Suite P417
Pittsburgh, PA 15222-3099

Date of Service:     September 19, 2019     /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965