FILED
9/18/19 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Laurie L. Dennis, ) | Case No. 19-20714 GLT |
| *Debtor* ) | Chapter 13 |
| ) | |
| Laurie L. Dennis, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 0890 ) | |
| *Movant* ) | Related to Dkt. No. 30 |
| ) | |
| *vs.* ) | |
| ) | |
| UPMC Physician Operations & Prof and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this ___18th___ day of ___September___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Laurie L. Dennis be terminated immediately.

Employer:

**UPMC Physician Operations & Prof**
**Attn: Payroll Department**
**300 Forbes Ave.**
**Pittsburgh, PA 15213**

_____
Honorable Gregory L. Taddonio   jah
U.S. Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 19-20714-GLT
Laurie L. Dennis                                                          Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                  Page 1 of 1                  Date Rcvd: Sep 18, 2019
                               Form ID: pdf900             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Laurie L. Dennis,    10091 Bristol Court,    Wexford, PA 15090-9503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Laurie L. Dennis julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Plaintiff Laurie L. Dennis julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```