IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Laurie L. Dennis | ) | Case No. 19-20714 GLT |
| FKA Laurie L. Papuga, | ) | Chapter 13 |
|     *Debtor(s)* | ) | Related Docket No. 48 |
| | ) | |

## CERTIFICATE OF SERVICE OF ORDER APPROVING EMPLOYMENT OF REALTOR

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) August 4, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

 

                                                       Respectfully submitted,

August 4, 2021                                    /s/ Kenneth Steidl_____
DATE                                                            Kenneth Steidl, Esquire
                                                                     Attorney for the Debtor(s)
                                                                     STEIDL & STEINBERG
                                                                     Suite 2830 – Gulf Tower
                                                                     707 Grant Street
                                                                     Pittsburgh, PA  15219
                                                                     (412) 391-8000
                                                                     ken.steidl@steidl-steinberg.com
                                                                     PA I.D. No. 34965

```
Label Matrix for local noticing        Bank of America                         (p)BANK OF AMERICA
0315-2                                  4909 Savarese Circle                   PO BOX 982238
Case 19-20714-GLT                       Fl1-908-01-50                          EL PASO TX 79998-2238
WESTERN DISTRICT OF PENNSYLVANIA        Tampa, FL 33634-2413
Pittsburgh
Wed Aug  4 09:46:01 EDT 2021

Bank of America, N.A.                   Children's Express Care                Coldwell Banker Real Estate Services
P O Box 982284                          11279 Perry Highway                    9600 Perry Highway
El Paso, TX 79998-2284                  Suite 450                              Pittsburgh, PA 15237-5552
                                        Wexford, PA 15090-9303


Laurie L. Dennis                        Department Stores National Bank        Dermapath Diagnostics
10091 Bristol Court                     c/o Quantum3 Group LLC                 695 S. Broadway, Suite 100
Wexford, PA 15090-9503                  PO Box 657                             Denver, CO 80209-4003
                                        Kirkland, WA  98083-0657


Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC     Discover Financial
Discover Products Inc                   PO BOX 3025                            Po Box 3025
PO Box 3025                             NEW ALBANY OH 43054-3025               New Albany, OH 43054-3025
New Albany, OH  43054-3025


Elizur                                  Frederic I Weinberg & Associates, P.C. Brian Nicholas
9800A McKnight Road                     Attn: Frederic L. Weinberg, Esquire    KML Law Group, P.C.
Pittsburgh, PA 15237-6032               375 E. Elm Street                      701 Market Street
                                        Suite 210                              Suite 5000
                                        Conshohocken, PA 19428-1973            Philadelphia, PA 19106-1541


Nissan Motor Acceptance                 Nissan Motor Acceptance Corp/Infinity Lt  Office of the United States Trustee
POB 660366                              2901 Kinwest Pkwy                      Liberty Center.
Dallas, TX  75266-0366                  Irving, TX 75063-5816                  1001 Liberty Avenue, Suite 970
                                                                               Pittsburgh, PA 15222-3721


Patenaude & Felix                       Pennsylvania Department of Revenue     Pennsylvania Dept. of Revenue
501 Corporate Drive                     Bankruptcy Division                    Department 280946
Southpointe Center, Suite 205           P.O. Box 280946                        P.O. Box 280946
Canonsburg, PA 15317-8584               Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION
                                                                               Harrisburg, PA 17128-0946


Peoples Natural Gas Company LLC         Quicken Loans                          Quicken Loans
c/o S. James Wallace, P.C.              1050 Woodward Ave                      662 Woodward Avenue
845 N. Lincoln Ave.                     Detroit, MI 48226-3573                 Detroit, MI 48226-3433
Pittsburgh, PA 15233-1828


Quicken Loans Inc.                      Kenneth Steidl                         TD Bank USA, N.A.
635 Woodward Avenue                     Steidl & Steinberg                     C O WEINSTEIN & RILEY, PS
Detroit, MI 48226-3408                  Suite 2830 Gulf Tower                  2001 WESTERN AVENUE, STE 400
                                        707 Grant Street                       SEATTLE, WA 98121-3132
                                        Pittsburgh, PA 15219-1908


Target                                  Target                                 The Center for Skin Surgery, PC
Attn: Bankruptcy                        Po Box 673                             1606 Carmody Court, Suite 302
Po Box 9475                             Minneapolis, MN 55440-0673             Sewickley, PA 15143-8567
Minneapolis, MN 55440-9475
```

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | UPMC Health Services<br>2 Hot Metal Street<br>Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 |
| US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | US Deptartment of Education/Great Lakes<br>Po Box 7860<br>Madison, WI 53707-7860 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Matthew Vogel<br>Coldwell Banker Real Estate Services<br>9600 Perry Highway<br>Pittsburgh, PA 15237-5552 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Weltman, Weinberg & Reis<br>Attn: Matthew W. Pomy, Esquire<br>436 Seventh Avenue<br>Suite 2500<br>Pittsburgh, PA 15219-1842 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 |
| (d)Visa Dept Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40