IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Laurie L. Dennis ) | Case No. 19-20714 GLT |
| FKA Laurie L. Papuga, ) | Chapter 13 |
| *Debtor(s)* ) | Related Docket No. 53 |
| ) | |

**CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND CLEAR OF LIENS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) August 6, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of U.S. Trustee

Respectfully submitted,

August 6, 2021
DATE

/s/ Kenneth Steidl
Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20714-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Aug  6 13:22:03 EDT 2021 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Children's Express Care<br>11279 Perry Highway<br>Suite 450<br>Wexford, PA 15090-9303 | Coldwell Banker Real Estate Services<br>9600 Perry Highway<br>Pittsburgh, PA 15237-5552 |
| Laurie L. Dennis<br>10091 Bristol Court<br>Wexford, PA 15090-9503 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Dermapath Diagnostics<br>695 S. Broadway, Suite 100<br>Denver, CO 80209-4003 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Elizur<br>9800A McKnight Road<br>Pittsburgh, PA 15237-6032 | Frederic I Weinberg & Associates, P.C.<br>Attn: Frederic L. Weinberg, Esquire<br>375 E. Elm Street<br>Suite 210<br>Conshohocken, PA 19428-1973 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX  75266-0366 | Nissan Motor Acceptance Corp/Infinity Lt<br>2901 Kinwest Pkwy<br>Irving, TX 75063-5816 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Patenaude & Felix<br>501 Corporate Drive<br>Southpointe Center, Suite 205<br>Canonsburg, PA 15317-8584 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 | Quicken Loans<br>662 Woodward Avenue<br>Detroit, MI 48226-3433 |
| Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Center for Skin Surgery, PC<br>1606 Carmody Court, Suite 302<br>Sewickley, PA 15143-8567 |

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | UPMC Health Services<br>2 Hot Metal Street<br>Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 |
| US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | US Deptartment of Education/Great Lakes<br>Po Box 7860<br>Madison, WI 53707-7860 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Matthew Vogel<br>Coldwell Banker Real Estate Services<br>9600 Perry Highway<br>Pittsburgh, PA 15237-5552 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Weltman, Weinberg & Reis<br>Attn: Matthew W. Pomy, Esquire<br>436 Seventh Avenue<br>Suite 2500<br>Pittsburgh, PA 15219-1842 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 |
| (d)Visa Dept Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Quicken Loans Inc. | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                   40 |