IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-20714 |
| | ) | Chapter 13 |
| Laurie L. Dennis, | ) | Docket No. |
| *Debtor* | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

AND NOW, comes the debtor by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Laurie L. Dennis, had an address of 10091 Bristol Court Wexford, PA 15090.

2. The debtor has since moved and the new address is 305 Dunston CT, Seven fields, PA 16046.

WHEREFORE, the debtor, Laurie L. Dennis, respectfully files this Notice of Change of Address.

Respectfully submitted,

August 19, 2021          /s/ Kenneth Steidl
DATE                     Kenneth Steidl, Esquire
                         Attorney for the Debtor

                         STEIDL & STEINBERG
                         707 Grant Street
                         Suite 2830
                         Pittsburgh, PA 15219
                         (412) 391-8000
                         ken.steidl@steidl-steinberg.com
                         PA ID 34965