Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Laurie L. Dennis** | : | Case No. 19−20714−GLT |
| **fka Laurie L. Papuga** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 66 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/9/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 23rd of November, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 66 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) *On or before January 7, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *February 9, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

                        Gregory L. Taddonio, Judge
                         United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20714-GLT |
| Laurie L. Dennis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: 604 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laurie L. Dennis, 305 Dunston Ct., Seven Fields, PA 16046-4217 |
| r | + | Coldwell Banker Real Estate Services, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| r | + | Matthew Vogel, Coldwell Banker Real Estate Services, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000954 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15000955 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15013938 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15000957 | + | Children's Express Care, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9303 |
| 15000958 | + | Dermapath Diagnostics, 695 S. Broadway, Suite 100, Denver, CO 80209-4003 |
| 15000961 | + | Elizur, 9800A McKnight Road, Pittsburgh, PA 15237-6032 |
| 15000962 | + | Frederic I Weinberg & Associates, P.C., Attn: Frederic L. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15035779 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15000963 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 15000966 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 15000968 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15000967 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15000956 | + | The Center for Skin Surgery, PC, 1606 Carmody Court, Suite 302, Sewickley, PA 15143-8567 |
| 15048848 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15000969 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15000970 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15000971 | + | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 15000972 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15000975 | + | Weltman, Weinberg & Reis, Attn: Matthew W. Pomy, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15000959 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15000974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15000973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15045517 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15005881 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15000960 | + | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 19-20714-GLT    Doc 69    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc Imaged
                              Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Nov 23, 2021 | Form ID: 604 | Total Noticed: 33 |

| 15000964 | + Email/Text: paparalegals@pandf.us | Nov 23 2021 23:26:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| --- | --- | --- | --- |
| 15000965 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 23 2021 23:26:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15025498 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 23 2021 23:26:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15048736 | + Email/Text: bncmail@w-legal.com | Nov 23 2021 23:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Quicken Loans Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Laurie L. Dennis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Laurie L. Dennis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6