**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LAURIE L. DENNIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20714<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/27/2019 and confirmed on 4/9/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 194,433.38 |
| Less Refunds to Debtor | 87,041.82 | |
| TOTAL AMOUNT OF PLAN FUND | | 107,391.56 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 4,690.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,890.87 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI<br>    Acct: 3143 | 43,747.22 | 43,747.22 | 0.00 | 43,747.22 |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI<br>    Acct: 3143 | 1,328.82 | 1,328.82 | 0.00 | 1,328.82 |
| | | | | 45,076.04 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAURIE L. DENNIS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAURIE L. DENNIS<br>    Acct: | 984.93 | 984.93 | 0.00 | 0.00 |
|   LAURIE L. DENNIS<br>    Acct: | 86,056.89 | 86,056.89 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|   NISSAN MOTOR ACCEPTANCE CORP<br>    Acct: 8383 | 236.25 | 236.25 | 0.00 | 236.25 |
| | | | | 236.25 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA**<br>    Acct: 6533 | 19,913.95 | 19,913.95 | 0.00 | 19,913.95 |
|   CENTER FOR SKIN SURGERY<br>    Acct: DENL | 89.50 | 89.50 | 0.00 | 89.50 |
|   CHILDRENS EXPRESS CARE<br>    Acct: 9135 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DERMAPATH DIAGNOSTICS<br>    Acct: 2251 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DISCOVER BANK(*)<br>    Acct: 9728 | 19,409.61 | 19,409.61 | 0.00 | 19,409.61 |
|   ELIZUR CORP<br>    Acct: 2391 | 0.00 | 0.00 | 0.00 | 0.00 |
|   TD BANK USA NA** | 2,643.22 | 2,643.22 | 0.00 | 2,643.22 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2127 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNITED STATES DEPARTMENT OF EDUC | 10,294.08 | 10,294.08 | 0.00 | 10,294.08 |
| | Acct: 0890 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,838.04 | 1,838.04 | 0.00 | 1,838.04 |
| | Acct: 3090 | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 54,188.40 |

TOTAL PAID TO CREDITORS 99,500.69

TOTAL CLAIMED
PRIORITY      236.25
SECURED    45,076.04
UNSECURED  54,188.40

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LAURIE L. DENNIS

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-20714

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Laurie L. Dennis  
    Debtor

Case No. 19-20714-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 2  
Date Rcvd: Nov 23, 2021      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laurie L. Dennis, 305 Dunston Ct., Seven Fields, PA 16046-4217 |
| r | + | Coldwell Banker Real Estate Services, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| r | + | Matthew Vogel, Coldwell Banker Real Estate Services, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000954 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15000955 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15013938 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15000957 | + | Children's Express Care, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9303 |
| 15000958 | + | Dermapath Diagnostics, 695 S. Broadway, Suite 100, Denver, CO 80209-4003 |
| 15000961 | + | Elizur, 9800A McKnight Road, Pittsburgh, PA 15237-6032 |
| 15000962 | + | Frederic I Weinberg & Associates, P.C., Attn: Frederic L. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15035779 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15000963 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 15000966 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 15000968 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15000967 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15000956 | + | The Center for Skin Surgery, PC, 1606 Carmody Court, Suite 302, Sewickley, PA 15143-8567 |
| 15048848 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15000969 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15000970 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15000971 | + | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 15000972 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15000975 | + | Weltman, Weinberg & Reis, Attn: Matthew W. Pomy, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15000959 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15000974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:09 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15000973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:47 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15045517 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15005881 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15000960 | + | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 19-20714-GLT    Doc 71    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: jhel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| 15000964 | + Email/Text: paparalegals@pandf.us | | |
|---|---|---|---|
| | | Nov 23 2021 23:26:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15000965 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 23 2021 23:26:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15025498 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 23 2021 23:26:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15048736 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 23 2021 23:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Laurie L. Dennis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Laurie L. Dennis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6