**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/24/22 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
LAURIE L. DENNIS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20714

Chapter 13

Related to Dkt. No. 66

### ORDER OF COURT

AND NOW, this 24th day of January 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_/s/ Gregory L. Taddonio_    jah
GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                      Case No. 19-20714-GLT
Laurie L. Dennis              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2             User: auto             Page 1 of 3
Date Rcvd: Jan 24, 2022             Form ID: pdf900             Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laurie L. Dennis, 305 Dunston Ct., Seven Fields, PA 16046-4217 |
| r | + | Coldwell Banker Real Estate Services, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| r | + | Matthew Vogel, Coldwell Banker Real Estate Services, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| 15000955 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15000954 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15013938 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15000957 | + | Children's Express Care, 11279 Perry Highway, Suite 450, Wexford, PA 15090-9303 |
| 15000958 | + | Dermapath Diagnostics, 695 S. Broadway, Suite 100, Denver, CO 80209-4003 |
| 15000961 | + | Elizur, 9800A McKnight Road, Pittsburgh, PA 15237-6032 |
| 15000962 | + | Frederic I Weinberg & Associates, P.C., Attn: Frederic L. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15035779 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15000963 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 15000968 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15000967 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15000956 | + | The Center for Skin Surgery, PC, 1606 Carmody Court, Suite 302, Sewickley, PA 15143-8567 |
| 15048848 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15000969 | + | UPMC Health Services, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15000970 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15000971 | + | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 15000972 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15000975 | + | Weltman, Weinberg & Reis, Attn: Matthew W. Pomy, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 24 2022 23:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000959 | | Email/Text: mrdiscen@discover.com | Jan 24 2022 23:30:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15000974 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 23:38:44 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 15000973 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 23:38:41 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15045517 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2022 23:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15005881 | | Email/Text: mrdiscen@discover.com | Jan 24 2022 23:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15000960 | + | Email/Text: mrdiscen@discover.com | Jan 24 2022 23:30:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 15000964 | + | Email/Text: paparalegals@pandf.us | | |

Case 19-20714-GLT    Doc 78    Filed 01/26/22    Entered 01/27/22 00:29:01    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 33 |

|  |  |  | Jan 24 2022 23:30:00 | Patenaude & Felix, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
|---|---|---|---|---|
| 15000966 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 24 2022 23:30:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 15000965 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 24 2022 23:30:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15025498 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 24 2022 23:30:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15048736 | + | Email/Text: bncmail@w-legal.com | Jan 24 2022 23:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Quicken Loans Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Laurie L. Dennis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Plaintiff Laurie L. Dennis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jan 24, 2022     Form ID: pdf900     Total Noticed: 33
TOTAL: 6